UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-147 |
| | ) | (VARLAN/GUYTON) |
| CHRIS KELSO, | ) | |
| a/k/a CHRISTOPHER THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant's Motion to Withdraw as Counsel of Record [Doc. 80], filed on January 23, 2007.

In support of the motion, Defendant's counsel, Kelly Johnson, informed the Court that Defendant had retained Donny M. Young as counsel. By telephone on January 29, 2007, this Court confirmed with Mr. Young that he has been retained to represent Defendant Kelso. The government does not oppose Defendant's motion.

Accordingly, Defendant's Motion to Withdraw as Counsel of Record [Doc. 80] is **GRANTED**. Mr. Johnson is hereby relieved as counsel, and Mr. Young is substituted as counsel of record for Defendant Kelso.

**IT IS SO ORDERED.**

**ENTER:**

　　　s/ H. Bruce Guyton　　
United States Magistrate Judge