## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

CHRISTOPHER KELSO,          )
                                      )
               Petitioner,         )
                                      )
v.                              )     Nos.:  3:06-CR-147-TAV-HBG-6
                                      )               3:13-CV-583-TAV
UNITED STATES OF AMERICA,  )
                                      )
             Respondent.     )

## JUDGMENT

For the reasons discussed in the contemporaneously filed memorandum opinion, it is

**ORDERED** and **ADJUDGED** that Petitioner's § 2255 motion is **DENIED** and **DISMISSED WITH PREJUDICE**.

If Petitioner files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability, which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b) because he has failed to make a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24 that any such appeal from this judgment would be frivolous and not taken in good faith. The Clerk of Court is **DIRECTED** to **CLOSE** Case No. 3:13-CV-583.

     **ENTER:**

                               s/ Thomas A. Varlan
                               CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

     s/ Debra C. Poplin
      CLERK OF COURT