3:06cr147

FILED
AUG 20 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Dear Clerk, 8/13/24

Hello my name is Christopher Kelso 31658-074,. I have a pending Pro Se motion and May of 2024 the Judge gave the Probation office 20 days to make a opinion on my motion. That was in May and it's August and I haven't heard anything from the courts or the lawyer that was appointed to me.. I just wanted to know how my situation is progressing?? Thank you for your patience and time in this matter.

Christopher Kelso 31658-074
U.S.P.
P.O. Box 3900
Adelanto, CA 92301

SN BERNARDINO CA 923
14 AUG 2024 PM 6 L

INSPECTED

Clerk of Court
800 Market St. Suite 130
Knoxville, TN. 37902

RECEIVED
AUG 20 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

37902—230330