UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
v.                                  )        No.:   3:06-CR-147-TAV-JEM
                                    )
CHRISTOPHER KELSO,                  )
                                    )
            Defendant.              )

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on May 4, 2026 [Doc. 503]. Judge McCook recommends that the Court deny defendant's *pro se* motion for appointment of an appellate attorney [Doc. 501]. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge McCook's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 503]. Defendant's *pro se* motion to appoint appellate counsel [Doc. 501] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE